## PETER A. BECKER *v.* BRIDGEPORT HARBOR MASTER
### (AC 22021)

Mihalakos, Dranginis and Flynn, Js.

Submitted on briefs February 28—officially released April 2, 2002

Per Curiam. The judgment is affirmed.

## RANDALL IVERS *v.* COMMISSIONER OF CORRECTION
### (AC 21672)

Mihalakos, Dranginis and Flynn, Js.

Submitted on briefs February 28—officially released April 2, 2002

Per Curiam. The appeal is dismissed.

## STATE OF CONNECTICUT *v.* VIRGINIA JOAN CARNEMOLLA
### (AC 21874)

Foti, Spear and Hennessy, Js.

Argued February 27—officially released April 2, 2002

Per Curiam. The judgment is affirmed.